■ In the Matter of RICKEY L.W., Respondent, v LINDA M., Respondent, and JASMINE G., Formerly Known as FELICIA

M.-V. and Others, Appellant. (Appeal No. 2.) [19 NYS3d 455]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered November 26, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Dayshaun W.* ([appeal No. 1] 133 AD3d 1347 [2015]). Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.